## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

T.H.T.,                                          :
                                                 :
      Petitioner,                            :
                                                 :
v.                                               :        Case No. 4:26-cv-924-CDL-ALS
                                                 :
Warden, STEWART DETENTION            :
CENTER,                                          :
                                                 :
      Respondent.                           :
_____

### ORDER

On June 9, 2026, the Court received Petitioner's counseled application for habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 1). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondent shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 10th day of June, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE